# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUCY HERNANDEZ,

        **Plaintiff,**

v.                                      **Case No:   6:15-cv-1860-Orl-22TBS**

**TREND RESORT SUPPLY, LLC and
TIMOTHY S. DALEY,**

        **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 12) filed on December 16, 2015.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.        The Report and Recommendation filed December 21, 2015 (Doc. No. 14), is ADOPTED and CONFIRMED and made a part of this Order.

2.        The Joint Motion for Approval of Settlement is hereby GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute regarding FLSA issues, and accordingly is APPROVED.

3.        This case is DISMISSED WITH PREJUDICE.

4.        The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2016.


ANNE C. CONWAY
United States District Judge



Copies furnished to:

Counsel of Record